# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM E. BARTEL, AS
PERSONAL REPRSENTATIVE OF
THE ESTATE OF PAUL E. OWEN

NO.   2019 CW 0488

VERSUS

ALCOA STEAMSHIP COMPANY,
INC.; MISSISSIPPI SHIPPING
COMPANY; CROWLEY MARINE
SERVICES, INC., AS SUCCESSOR
BY MERGER TO DELTA STEAMSHIP
LINES, INC., F/K/A
MISSISSIPPI SHIPPING CO.,
INC.; PAN ATLANTIC STEAMSHIP
CO. AND WATERMAN STEAMSHIP
CORPORATION

**MAR 0 4 2020**

---

In Re:    Alcoa Steamship Company, Inc. and Crowley Marine
          Services, Inc., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 628995.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT OF CERTIORARI RECALLED. WRIT DENIED ON THE SHOWING MADE.** We granted a writ of certiorari on October 25, 2019. After considering the briefing, the record, and the applicable law, we recall our Order of October 25, 2019 as improvidently granted, and we deny defendants' writ on the showing made.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *ad hoc* by special appointment of the Louisiana Supreme Court.